CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| MAX | Herlihy, Timothy | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| 1:04-000822-003 | | | |

| 7. IN CASE/MATTER OF  (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| U.S. v. Herlihy | Felony | Adult Defendant | Criminal Case |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section)   If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 21 846=CD.F -- CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE

12. ATTORNEY'S NAME  (First Name, M.I., Last Name, including any suffix)
AND MAILING ADDRESS
KAMHOLTZ, MATTHEW A.
125 SUMMER STREET
6TH FLOOR
BOSTON MA 02110

Telephone Number:   (617) 526-0700

14. NAME AND MAILING ADDRESS OF LAW FIRM (only provide per instructions)

13. COURT ORDER
☒ O  Appointing Counsel                      ☐ C  Co-Counsel
☐ F  Subs For Federal Defender       ☐ R  Subs For Retained Attorney
☐ P  Subs For Panel Attorney           ☐ Y  Standby Counsel

Prior Attorney's Name:
        Appointment Date:

☐ Because the above-named person represented has testified under oath or has
otherwise satisfied this court that he or she (1) is financially unable to employ counsel and
(2) does not wish to waive counsel, and because the interests of justice so require, the
attorney whose name appears in Item 12 is appointed to represent this person in this case,
or
☐ Other (See Instructions)

        Signature of Presiding Judicial Officer or By Order of the Court
        04/16/2004
        Date of Order                                Nunc Pro Tunc Date
Repayment or partial repayment ordered from the person represented for this service at
time of appointment.        ☐ YES       ☐ NO

| | CLAIM FOR SERVICES AND EXPENSES | | | FOR COURT USE ONLY | | | |
|---|---|---|---|---|---|---|---|
| | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW | |
| 15. | a. Arraignment and/or Plea | | | | | | |
| | b. Bail and Detention Hearings | | | | | | |
| | c. Motion Hearings | | | | | | |
| In Court | d. Trial | | | | | | |
| | e. Sentencing Hearings | | | | | | |
| | f. Revocation Hearings | | | | | | |
| | g. Appeals Court | | | | | | |
| | h. Other (Specify on additional sheets) | | | | | | |
| | (Rate per hour = $          )          TOTALS: | | | | | | |
| 16. | a. Interviews and Conferences | | | | | | |
| | b. Obtaining and reviewing records | | | | | | |
| Out of Court | c. Legal research and brief writing | | | | | | |
| | d. Travel time | | | | | | |
| | e. Investigative and Other work     (Specify on additional sheets) | | | | | | |
| | (Rate per hour = $          )          TOTALS: | | | | | | |
| 17. | Travel Expenses  (lodging, parking, meals, mileage, etc.) | | | | | | |
| 18. | Other Expenses  (other than expert, transcripts, etc.) | | | | | | |
| | GRAND TOTALS (CLAIMED AND ADJUSTED): | | | | | | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE    FROM                       TO | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|

22. CLAIM STATUS      ☐ Final Payment      ☐ Interim Payment Number                      ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?     ☐ YES   ☐ NO    If yes, were you paid?     ☐ YES   ☐ NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything or value) from any other source in connection with this
representation?     ☐ YES   ☐ NO    If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney:                                                        Date:

| APPROVED FOR PAYMENT - COURT USE ONLY | | | | |
|---|---|---|---|---|
| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR / CERT |
| | | | | |
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | DATE | | 28a. JUDGE / MAG. JUDGE CODE |
| | | | | |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| | | | | |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | DATE | | 34a. JUDGE CODE |