# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23
Rev. 5/98

IN UNITED STATES  [X] MAGISTRATE  [ ] DISTRICT  [ ] APPEALS COURT or  [ ] OTHER PANEL (Specify below)

IN THE CASE OF: USA V.S. TIMOTHY HERLIHY

FOR: ___
AT: ___

LOCATION NUMBER: ___

**PERSON REPRESENTED** (Show your full name): TIMOTHY HERLIHY

1 [X] Defendant—Adult
2 [ ] Defendant - Juvenile
3 [ ] Appellant
4 [ ] Probation Violator
5 [ ] Parole Violator
6 [ ] Habeas Petitioner
7 [ ] 2255 Petitioner
8 [ ] Material Witness
9 [ ] Other

**DOCKET NUMBERS**
Magistrate: 04-822-MBB
District Court: ___
Court of Appeals: ___

**CHARGE/OFFENSE** (describe if applicable & check): 21 USC 846  [X] Felony  [ ] Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
Are you now employed?  [ ] Yes  [X] No  [ ] Am Self-Employed
Name and address of employer: ___
IF YES, how much do you earn per month? $ ___
IF NO, give month and year of last employment. How much did you earn per month? $ ___
If married is your Spouse employed?  [ ] Yes  [ ] No
IF YES, how much does your Spouse earn per month? $ ___
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  [ ] Yes  [X] No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES  $ ___

**CASH**
Have you any cash on hand or money in savings or checking accounts?  [ ] Yes  [ ] No  IF YES, state total amount $ 112.00

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  [ ] Yes  [X] No
IF YES, GIVE THE VALUE AND DESCRIBE IT  VALUE $ ___  DESCRIPTION ___

### OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: ___ SINGLE / ___ MARRIED / ___ WIDOWED / ___ SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them: ___

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: $ ~~30,000~~
Creditors: Credit card debt
Total Debt: $ 30,000
Monthly Paymt: $ ___

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 4/16/04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): /s/ Timothy H Herlihy