AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF **MASSACHUSETTS**

UNITED STATES OF AMERICA

V.

TIMOTHY HERLIHY

**WARRANT FOR ARREST**

CASE NUMBER: MJH-04-822-MBB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___TIMOTHY HERLIHY___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy to distribute hydrocodone, a Schedule III controlled substance

in violation of Title _____ United States Code, Section(s) 846

Marianne B. Bowler
Name of Issuing Officer

Chief U.S. Magistrate Judge
Title of Issuing Officer

/s/ Marianne B. Bowler
Signature of Issuing Officer

April 14, 2004 @ Boston @ 4:30 PM
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| WARRANT EXECUTED BY DEA |
| BY ARREST/ARRAIGNMENT OF THE |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.