# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Criminal Action
No: <u>04-10167-RCL</u>

UNITED STATES

v.

ADAM ELLARD
TROY BREWER
TIMOTHY HERLIHY
Defendant

## NOTICE OF HEARING

LINDSAY, D.J.

TAKE NOTICE that the above-entitled case has been set for Pretrial Conference at 2:30PM, on **February 8, 2005,** in Courtroom No. 11, 5th floor.

By the Court,

/s Lisa M. Hourihan

Deputy Clerk

January 25, 2005

To: All Counsel