## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>        Plaintiff,<br><br>v.<br><br>**TIMOTHY HERLIHY,**<br>        Defendant. | Crim. No. 04-10167 |

### DEFENDANT'S MOTION TO AMEND CONDITIONS OF RELEASE

Now comes the Defendant, Timothy Herlihy, and pending disposition of this case on July 21, 2005, moves this Court to amend the conditions of his release to permit him to live with his father at 19 Tibbetts Ave., Danvers, Massachusetts, subject to whatever additional conditions may be recommended by Pretrial Services.

                                                              by his attorneys,


Date:  June 28, 2005                    /s/ Matthew A. Kamholtz
                                        Matthew H. Feinberg
                                        BBO #161380
                                        Matthew A. Kamholtz
                                        BBO #257290
                                        FEINBERG & KAMHOLTZ
                                        125 Summer St.
                                        Boston, MA 02110
                                        (617) 526-0700

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was this day served upon the following attorney(s) of record, via electronic/first class mail:

      David Tobin, AUSA
      United States Attorney's Office
      Suite 9200
      One Courthouse Way
      Boston, MA 02210

Date:  June 28, 2005          /s/ Matthew A. Kamholtz
                                        Matthew A. Kamholtz