July 1, 2005

Honorable Judge Lindsay:

I am writing this letter as a reference for Tim Herlihy. Tim and I are cousins, and grew up across the street from each other. Our relationship is very strong, and I would consider him more of a brother.

Tim is not only a very intelligent man with incredible potential, but he is also very thoughtful and compassionate. Tim regularly goes out of his way to help others who are in need, whether it's shoveling the driveway of our widowed aunt or providing help around the house for elderly neighbors. His entire life, he has always been willing to help others and has never asked for anything in return.

I feel these attributes demonstrate someone with exceptional character. If I can be of any further assistance, please do not hesitate to contact me.

Yours truly,

Christopher Caron
7 South Green Street
Bradford, MA 01835
978-857-6110

To Whom It May Concern:

My name is Joan Caron and I am Timothy Herlihy's aunt. I have known and loved Tim his entire life and have considered him to be my "fifth son". I have watched him grow to be a young man who we were all proud of, as he decided to leave his friends and hockey team for a private school to perhaps get a better education. He graduated from St John's Preparatory School and there was no one prouder than his family. He went off to college and graduated with a business degree. Somewhere in that time frame Tim became addicted to "drugs". I then watched as he lost his fiancée, lost business opportunities, lost the respect of friends and family, and lost control over his life. His family has been devastated!!!

The past year has been very difficult for Tim, as he has tried to piece his life together. He has been living in a Sober House, far from the love and support of his family. He has battled on a day to day basis to remain free of the demons who have controlled his life. He has frequent drug tests and continues to be "clean". His family prays for him to continue to have the strength he has demonstrated.

I can not believe in my heart that a jail sentence will help Tim in his battle, and I hope and pray that the court will take into consideration what Timothy has achieved in the past year when deciding a sentence.

Thank you for your thoughtful consideration:

*Joan Caron*
Joan Caron



July 11, 2005

To Whom It May Concern:

My name is Jim D'Amico and I am the President of Century 21 North Shore/Citiwide, Massachusetts top Century 21 since 2000. I wish to speak on behalf of Tim Herlihy.

I met Tim when we were students at Bryant College in Rhode Island. After graduation I didn't see Tim until this past January and since then he has been working for me on a number of projects that I have been doing for my business as well as filling in at the office. He has basically become a member of my family and I will say without hesitation that I would trust him with my children.

I understand he has probably made some mistakes, but he has treated the people around him with respect and has taken care of my affairs with great care. I would attest that he has handled even his most recent errors in judgment maturely, honestly, and with a sincere desire to reconcile those errors.

I would like to see Tim be able to work and start over and hope the court will be lenient with his sentencing.

Sincerely,

Jim D'Amico
781-241-1226

June 27, 2005

To Whom It May Concern:

This letter is in regards to Mr. Timothy Herlihy. I have known Tim since he began his recovery on Cape Cod. He has shown me that he is eager to get his life back and is willing to do the work to achieve this goal. From my own experience, I know it is a difficult road. I have had different lengths of clean time and have made mistakes along the way. I can only hope Tim is able to fully understand how much work is necessary to achieve a clean life.

It is my hope to see Tim succeed through this struggle. If you have any questions regarding this matter, please do not hesitate to contact me.

Sincerely,

Matthew Donlan
49 Lake Shore Dr.
E. Falmouth, MA 02536
508-726-8963

Christopher Eric Gronberg
25 Moonakis Road
East Falmouth, MA 02536
508.400.5731
HDG5951@rcn.com

June 2, 2005

Honorable Judge Lindsy

Dear Sir:

    I am writing to you on behalf of Timothy Herlihy. I have spent a great deal of time with Timothy during the past year of his Pre-Trial Probation. I would like to convey to you, the eminence of his character, as it has been portrayed to me in this time frame, for your consideration in his upcoming legal matters.

    I first met Timothy last May when he and I were clients in the Gosnold Substance Abuse Treatment Facilities on Cape Cod. I came to Gosnold seeking a resolution to my addiction and to disengage the impact it was having on my professional career and social life. While at this facility I met and befriended Timothy. I quickly realized that Timothy and I shared the same desire and passion to surmount the afflictions that addiction had caused us. Timothy and I chose to stay in contact after our discharge from Gosnold Treatment Facilities, and have shared and helped each other along the challenging road of recovery from addiction. Timothy has been a great asset to my recovery and to the recovery of many others seeking help from the despair that he not so long ago found himself in from substance abuse.

    As an individual, Timothy is extremely warm, pleasant, and out going; A "people person" with a high level of commitment to his growth in recovery, helping others, and family. He also takes great pride in his achievements and work, and gives the impression of enjoying a challenge very much. A task with a high difficulty level is always an exciting opportunity for him and he always has a way of making its achievement seem effortless. He is well liked in the community and is highly creative.

    I am aware that much of Timothy's capabilities, knowledge, and quality of recovery from addiction, have come from rigorous self work, and an aptitude to be a productive member of society today. I believe that his level of dedication and selflessness should be considered in his upcoming legal matters. It is a matter of pride for me to convey to you, this persona that Timothy has worked so hard to ascertain over the past year that I have known him. If you would like to discuss Timothy anymore, I will be available at the phone numbers and email addresses provided in this letter.

Sincerely,

Christopher Gronberg

Honorable Judge Lindsay:

My name is James M. Herlihy and I am writing this letter on behalf of my son timothy Herlihy.

Tim comes from a broken home. His mother left when he was just three years old and never played much of a roll in his life. I did the best I could to fill both roles, but there was always a void in his life that I could not make go away. He was an excellent student and an athlete. He attended Saint Johns Prep for high school and graduated from Salem State College with honors and earned a Bachelors Degree in business. He worked for me in our family owned business after college and made me very proud.

Some where along the line I lost my son to drugs. It is probably one of the most devastating things a family can go through. It did not just affect Tim; it affected everyone in the family plus our friends and his. Tim did not want to be a drug addict but it took over his life. He tried to quit many times but the grip was too tight. It took him too many places he did not want to go and did things he did not want to do. That is the plight of a drug addict.

Since his arrest last April, 2004 Tim has been in a court ordered treatment facility on Cape Cod and for this I am extremely grateful to the court system. He has worked very hard at his rehabilitation and I am very proud of him. I know his battle is life long and so does he. He attends meetings on a regular basis and has a great outlook for his future. I would like to thank Judy Oxford and everyone on her staff that played a roll in Tim's recovery. Without people like her, people like Tim might be lost to drugs forever. I also like to thank the court for allowing Tim to get treatment for his addiction instead of just throwing him in jail. It is such a joy to see him, talk to him, and hug him. It is a gift to have my son back. He calls me every night before he goes to bed just to let me know that he is all right and when he says good night he says "I love you Dad," What a gift!!

I know that there is always a price to pay when you break the law and there are no free rides, but I also think that incarceration is not always the answer. I only can hope that the court can believe in Tim as much as I do and allow him to continue his recovery and continue rebuilding his life with out going to prison. Whatever the courts decision is, I would like to thank you for your compassion, understanding, and leniency.

Sincerely,

James M. Herlihy
19 Tibbetts Ave.
Danvers, MA 01923
508-962-3261

June 28, 2005

To Whom It May Concern:

    I write this letter in behalf of Timothy Herlihy, I was introduced to this young man in the Spring of 2004, as a young man who is worth the effort in helping him achieve sobriety.

    It did not take long for me to have this same feeling for Tim. I soon became his temporary sponsor. Tim at this time was a resident at the Miller House in Falmouth, a successful drug and alcohol Half Way House, which I am also a graduate. Daily with the permission of his counselor and Judy Oxford his pre-trial officer I would drive him to daily meetings. A respective bond in recovery occurred, and a friendship of two so distant in age. My daughters and close fiends soon grew to love and care for Tim as I.

    Tim continues his fight with alcohol and drug addiction as I and every addict. "A Day at a Time." We are in constant reach by phone. The first question I ask, "Did you use today." I will continue my love and support for Tim – He is worth my time and effort.

    Tim has the potential to be a power of example to those as young as he in the struggle of addiction. Constant vigilance is the answer he can relay to others.

    Community Service in addiction would do more good to those still suffering with drug and alcohol addiction.

Sincerely

Douglas Lopes
53 Lake Shore Dr.
E. Falmouth, MA 02536

July 8, 2005

This letter will introduce me as a relative of Timothy Herlihy which is in the process of standing before you in court.

Perhaps a little background about Tim will enlighten you as to the turn of events that coveted Timmy for so long, and how he evolved from his somewhat dark past into what I consider my "Knight in shining armor."

Your Honor, Tim was involved in serious drugs, no one could come to his aid because it engulfed his entire existence. His addiction took over his entire life, he got so thin and sickly my heart went out to his family because it hurt them so..The tears were never ending but they stood strong and steadfast.Tim was gone in every aspect, he just drifted into a life of crime.But your Honor, I am sure you have seen this many times before and will in the future.

I am reaching out for Tim because of what he has accomplished most recently. Tim went to college with my boss, his name is James D'Amico Jr. He and his family own and operate 16 Real Estate offices. Because of their past friendship he gave Tim a job, knowing all well that he was taking a chance well, it worked out great, the trust that Jim D'Amico had in his old friend paid off. Tim was a new man.Tim had said to me once,"no one will ever trust me again" well he was wrong.Yes, Tim went through re-hab a few times but he finally realized this was his last chance to regain his life and his family.

He truly is doing so well he is attending real estate school in hopes of working with his father and myself, which will make his dad real proud.

But all that I have said is still not the true reason why this letter is being composed. Sir, my grandson Brett was an all round athlete, he played for a private catholic school and was playing baseball and mainly football, he was the (according to his coach and local newspapers) the best there was from the school. The plans for him were to become a "pro" he was 16 years old when he injured his shoulder, the pain was too much for him to continue being quarterback but some one gave him "oxicodon" I am not sure of the spelling nor do care. None of us in the family had any idea what he was doing.
Soon he became very thin, slept all the time, giving his mother all kinds of problems. He borrowed all kinds of money from my husband and myself. He stole a beautiful gold bracelet from my little great grand daughter, he was breaking all our hearts. We finally realized he had a severe problem, he, for years was like "superman" on the football field and now he was "a thief and a liar" for years we watched him diminish in size and in mind. The more he used this drug the worse he became , my beloved grandson was dying before my very eyes.

Thats when Timmy stepped in, he heard about what was happening and I think "God" gave Tim a new direction in his life.Oh yes, it took a while but after re-hab and many sleepless nights Tim came through for me, my family and particularly my Brett for that I will be eternally grateful to Tim.
My grandson,upon request of his old football coach speaks to all the young ball players about his past problems and how a distant cousin showed him a better way. Timmy never had anyone to reach out to so it took a long and hard road but he made it.

So how do you punish one who has come back from a dark past and enter into the light and transform yourself only to be put back with the type of people that was partly responsible for his being there in the first place?

One last thought your Honor, you might think this trite but I live by this.....
Have you ever seen or do you know a diabetic?
A diabetic knows not to eat that chocolate cake or eat those cookies etc. but oh how good it taste when you do , the results is pure "hell" your sugar is elevated and the pain is only known by a diabetic. I guess using drugs is the same principal only worse.
Why, if the diabetic and the drug abuser stop hurting themselves.why should they be punished, why not be happy for them that they are over their individual torment of abuse.

Please your Honor, try in your heart and wisdom to give Tim a chance to prove himself to you. He certainly is too young to just throw away and he is doing so well with his life now.

                                Sincerely

                            *Barbara Porro* (signature)
                            Barbara Porro

July 3, 2005

Honorable Judge Lindsay:

In the 10+ years that I have known Timothy Herlihy I can say that I value his friendship a tremendous amount. He is a selfless, giving person that will go to any length for those he cares about.

About 4 years ago, Tim helped me in my decision to go to Nursing School. At the time, there were not a lot of people that I could trust to keep my best interest at heart. Today, I am a Licensed Practical Nurse at Harvard Vanguard in Cambridge. I will always be appreciative of him and the type of person he is.

I hope this letter is of assistance. If you have any questions, I would be very happy to hear from you.

Sincerely,

Jacquie Wilson
5 Mildred Road
Danvers, MA 01923
978-502-3351