PS 8
(5/05)

# UNITED STATES DISTRICT COURT
# for the
# DISTRICT OF MASSACHUSETTS

United States of America

vs.

TIMOTHY HERLIHY             Docket No. CR#04-10167-RGS

**PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE**

The undersigned Pretrial Services Officer presents this report regarding defendant Timothy Herlihy, who was placed under pretrial release supervision by the Honorable Marianne B. Bowler, on April 20, 2004 under the following conditions:

1. Participate in an inpatient treatment program.
2. Submit to drug testing.
3. Do not obtain a passport.
4. Refrain from any use or unlawful possession of narcotic drug and other controlled substances.
5. Refrain from use of alcohol.
6. Refrain from any possessing a firearm, destructive device, or other dangerous weapon.

And respectfully seeks action by the Court and for cause as follows:
    Please see attached:

**Petition for Action on Conditions of Pretrial Release**

PRAYING THE COURT WILL:

\_\_\_\_\_Issue a Warrant

__X__ Issue a Summons for the defendant to appear for a show cause hearing

\_\_\_\_\_Other:

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on __8/4/05__                    Place __U.S. District Court__

__Edith Oxford__                          Date __8/4/05__
U.S. Pretrial Services Officer

## ORDER OF COURT

\_\_\_\_\_Warrant to Issue

__X__ Summons to issue. Clerk to schedule show cause hearing.

\_\_\_\_\_Other:

Considered and ordered this __4th__ day of __August__, 20 __05__, and ordered filed and made part of the record in the above case.

__Marianne B. Bowler__
Judicial Officer